UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 24-0720 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's October 1, 2024 Minute Order, Plaintiff, the National Student Legal Defense Network ("Student Defense"), and Defendant, the U.S. Department of Education ("Department" and collectively with Student Defense, "the Parties") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") case.

On April 4, 2022, Student Defense submitted a request ("Request") under FOIA to the Department about voter registration requirements for institutions of higher education. Student Defense filed its complaint on March 13, 2024. ECF No. 1. On November 22, 2024, the Department made its sixth response to Student Defense's FOIA request, consisting of 3,270 pages of responsive documents. The Department has represented that was its final production. Student Defense is in the process of reviewing the production to confirm that there are no issues that need to be addressed.

The Parties plan to discuss the awarding of attorneys' fees and costs for this case.

The Parties propose they file an additional status report in ninety days, on or before April 8, 2025.

\*   \*   \*

Dated: January 8, 2024  
       Washington, DC

Respectfully submitted,

*/s/Tyler S. Ritchie*  
Daniel A. Zibel (D.C. Bar 491377)  
Tyler S. Ritchie (D.C. Bar 90018119)  
National Student Legal Defense Network  
1701 Rhode Island Ave. NW  
Washington D.C. 20036  
dan@defendstudents.org  
tyler@defendstudents.org  
(202) 734-7495

*Attorneys for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division

By: */s/Kimberly A. Stratton*  
    KIMBERLY A. STRATTON  
    P.A. Bar #327725  
    Assistant United States Attorney  
    601 D Street, NW  
    Washington, DC 20530  
    Ph: (202) 417-4216  
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the U.S. Department of Education*