UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendant. | Civil Action No. 24-0720 (LLA) |

**JOINT STATUS REPORT**

　　　Pursuant to the Court's January 8, 2025 Minute Order, Plaintiff, the National Student Legal Defense Network ("Student Defense"), and Defendant, the U.S. Department of Education ("Department" and collectively with Student Defense, "the Parties") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") case.

　　　On April 4, 2022, Student Defense submitted a request ("Request") under FOIA to the Department about voter registration requirements for institutions of higher education. Student Defense filed its complaint on March 13, 2024. ECF No. 1. On November 22, 2024, the Department made its sixth and final response to Student Defense's FOIA request, consisting of 3,270 pages of responsive documents.  Student Defense has reviewed the productions and does not intend to challenge the production..

　　　On April 4, 2025, Plaintiff provided an accounting of their attorneys' fees and costs in support of its settlement offer. The Department is currently reviewing Plaintiff's settlement offer.

　　　The Parties propose filing a status report in forty-five days, on or before May 23, 2025.  If the parties resolve this matter prior to the next deadline, they will promptly notify the Court.

　　　　　　　　　　　　　　*　　　　　*　　　　　*

Dated: April 8, 2025
       Washington, DC

Respectfully submitted,

/s/Tyler S. Ritchie
Daniel A. Zibel (D.C. Bar 491377)
Tyler S. Ritchie (D.C. Bar 90018119)
National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington D.C. 20036
dan@defendstudents.org
tyler@defendstudents.org
(202) 734-7495

*Attorneys for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney


By: /s/Kimberly A. Stratton
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*