UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　Defendant. | Civil Action No. 24-0720 (LLA) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated May 23, 2025, Plaintiff, the National Student Legal Defense Network ("Student Defense"), and Defendant, the U.S. Department of Education ("Department" and collectively with Student Defense, "the Parties") respectfully submit this joint status report for this Freedom of Information Act ("FOIA") case.

The Parties report that they have reach a tentative agreement regarding the settlement of attorney's fees and costs. The Parties respectfully request a reasonable amount of time for Defendant to obtain final approval and for the Parties to execute settlement documents.

The Parties respectfully propose filing another status report on July 23, 2025, if a stipulation of dismissal is not filed before then.

.

\*　　　\*　　　\*

Dated: June 23, 2025
      Washington, DC

Respectfully submitted,

<u>/s/Tyler S. Ritchie</u>
Daniel A. Zibel (D.C. Bar 491377)
Tyler S. Ritchie (D.C. Bar 90018119)
National Student Legal Defense Network
1701 Rhode Island Ave. NW
Washington D.C. 20036
dan@defendstudents.org
tyler@defendstudents.org
(202) 734-7495

*Attorneys for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: <u>/s/Kimberly A. Stratton</u>
    KIMBERLY A. STRATTON
    P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Ph: (202) 417-4216
    Email: kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*